UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
DISTRICT OF NEVADA

BRUCE R. THOMPSON U.S. COURTHOUSE
AND FEDERAL BUILDING
400 SOUTH VIRGINIA STREET #301
RENO, NV
89501
(775) 686–5800

LANCE S. WILSON
DISTRICT COURT EXECUTIVE/CLERK

CYNTHIA JENSEN
CHIEF DEPUTY, LAS VEGAS

JAKE HERB
CHIEF DEPUTY, RENO

DATE: June 28, 2012

TO: Jonathan Jeffs

1739 Vine Street
Philadelphia, PA
19103

Dear Jonathan Jeffs:

Please be advised that the papers you recently sent the court have been received. Your case against defendant GERALD ARTHUR SANDUSKY has been assigned case number **3:12−cv−00356** . It is necessary for you to include this case number on all future papers sent to the court for this case. Any correspondence with the court regarding this case should be mailed to the Clerk's Office and not directly to the assigned judges. You will receive a copy of all orders filed in this case.

Sincerely,

LANCE S. WILSON,
CLERK OF COURT